DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**W.G.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D2023-3081

[April 8, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 562023DP000268.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Andrew Feigenbaum, Children's Legal Services, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***